STATE of Missouri, Respondent,

v.

Robert A. HICKS, Appellant.

No. WD 60561.

Missouri Court of Appeals,
Western District.

Dec. 24, 2002.

Andrew A. Schroeder, Assistant State Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Robert A. Hicks appeals from his conviction for forcible rape under § 566.030 and for attempted forcible sodomy under §§ 566.060 and 564.011. For the reasons set forth in the memorandum to the parties, we affirm. Rule 30.25(b).